THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SMARTEK21, LLC, a Washington limited liability company,

       Plaintiff,

v.

VISIKARD, INC., a Delaware corporation

       Defendant.

---

VISIKARD, INC, a Delaware corporation

       Third Party Plaintiff,

 v.

CHRISTOPHER MASON, an individual, and SMYTH & MASON , PLLC, a professional Limited Liability Corporation.

       Third Party Defendant.

NO.: 2:17-CV-01798

**ORDER GRANTING STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

  Based upon the Stipulated Motion and [Proposed] Order for Withdrawal and Substitution of Counsel, docket no. 11, it is ORDERED that Mark Douglas Kimball and James P. Ware of MDK Law shall substitute as counsel of record for the above-named Plaintiff, in place of Christopher C. Mason of SMYTH & MASON, PLLC.

  DATED this 30th day of January, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATION OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
NO.: 2:17-CV-01798

MDK LAW:

By: ___s/_____
    Mark D. Kimball, WSBA No. 13146
    James P. Ware, WSBA No. 36799
    Dennis W. Kasimov, WSBA No. 51303
    777 108th Avenue Northeast, #2000
    Bellevue, Washington 98004
    Tel:    425.455.9610

*Attorneys for Plaintiff*

SMYTH & MASON, PLLC

By: ___s/_____
    Christopher Mason, WSBA No. 14442
    SMYTH & MASON, PLLC
    701 Fifth Avenue, Suite 7100
    Seattle, Washington 98104
    Tel:    206.621.7100

*Withdrawing Attorney for Plaintiff*

Approved for Entry:

  JONES LAW OFFICE, P.L.L.C.

By: ___s/_____
    Marianne K. Jones, WSBA No. 21034
    JONES LAW OFFICE
    11819 NE 34th Street
    Bellevue, Washington 98005
    Tel:    425.576-8899

ORDER GRANTING STIPULATION OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2
NO.: 2:17-CV-01798

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610