UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMARTEK21, LLC,

                    Plaintiff,

          v.                                    C17-1798 TSZ

VISIKARD, INC,                                  MINUTE ORDER

                    Defendant.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

    (1)        Plaintiff SmarTek21, LLC alleges diversity jurisdiction under 28 U.S.C. §
1332. *See* docket no. 1 at ¶¶ 4–5. Plaintiff has not, however, set forth facts or allegations
sufficient to satisfy the Court of its subject-matter jurisdiction over this dispute. Plaintiff
is DIRECTED, within fourteen (14) days of this Minute Order, to file a disclosure under
penalty of perjury (1) identifying all of its members and owners; and (2) indicating the
state of which each of its members and owners was a citizen at the time the complaint
was filed. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990); *Johnson v.
Columbia Prop. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (for purposes of
diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members
are citizens.").

    (2)        The Court DEFERS ruling on the Third Party Defendants' Rule 11 Motion,
docket no. 21, pending resolution of its subject-matter jurisdiction inquiry. The Motion is
RENOTED to Friday, June 22, 2018.

    (3)        The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 6th day of June, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1