# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SMARTEK21, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>VISIKARD, INC, a Delaware Corporation,<br><br>Defendant. | C17-1798 TSZ<br><br>MINUTE ORDER |
| VISIKARD, INC, a Delaware Corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER MASON, an individual, and SMYTH & MASON, PLLC, a Professional Limited Liability Corporation,<br><br>Third Party Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Leave to File Amended Complaint, docket no. 40 (the "Motion to Amend"), is GRANTED. Plaintiff shall file the first amended complaint

MINUTE ORDER - 1

no later than August, 15, 2018, in substantially the same form as the proposed amended complaint attached to the Motion to Amend at docket no. 40-1.  Plaintiff is DIRECTED to include in the first amended complaint allegations establishing the citizenship of Kenneth Lipscomb for purposes of assessing diversity jurisdiction.

(2)     The Court DEFERS Third Party Defendants' Rule 11 Motion, docket no. 21, and renotes the motion to August 24, 2018.  The Court will consider the motion under Rule 11 in connection with the Third Party Defendants' Motion for Summary Judgment, docket no. 48.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2