**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SMARTEK21, LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br><br>       v.<br><br>VISIKARD, INC., a Delaware corporation, and KENNETH LIPSCOMB, an individual,<br><br>                  Defendant. | **NO.: 2:17-cv-01798-TSZ**<br><br>**ORDER CONTINUING ALL REMAINING DEADLINES AND TRIAL** |
| VISIKARD, INC., a Delaware corporation,<br><br>               Third Party Plaintiff,<br><br>       v.<br><br>CHRISTOPHER MASON, an individual, and SMYTH & MASON, PLLC, a professional Limited Liability Corporation,<br><br>            Third Party Defendant. | |

ORDER EXTENDING REMAINING DEADLINES
*SmarTek21 v. VisiKard* - 1

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

THIS MATTER having come on for determination upon stipulation of the parties and the Court having reviewed the records and files herein and finding good cause therefore, NOW, Therefore:

IT IS HEREBY ORDERED that all remaining deadlines set forth in the Scheduling Order [Dkt. No 16], including the trial date, are extended by Four (4) months. The amended dates shall be as follows:

| | |
|---|---|
| Discovery Deadline | February 22, 2019 |
| Dispositive Motions Deadline | March 21, 2019 |
| Motions in Limine Deadline | May 9, 2019 |
| Pretrial Order Deadline | May 24, 2019 |
| Trial Brief Deadline | May 24, 2019 |
| Voir Dire/Jury Inst Deadline | May 24, 2019 |
| Pretrial Conference | May 31, 2019 |
| Jury Trial | June 10, 2019 |

DATED this 17th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610