UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMARTEK21, LLC,

        Plaintiff,

  v.

VISIKARD, INC, and KENNETH LIPSCOMB,

        Defendants.

C17-1798 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's Motion to Compel Discovery, docket no. 73, is GRANTED as follows: Because the requested discovery was not provided until after a discovery conference and after Plaintiff filed its motion, Plaintiff SmarTek21, LLC is entitled to reasonable attorneys' fees and costs upon motion to be filed by Plaintiff within 20 days of this Minute Order.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 8th day of April, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1