UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMARTEK21, LLC,

        Plaintiff,

v.

VISIKARD, INC,

        Defendant.

C17-1798 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) A telephonic conference is SET for May 14, 2019, at 11:00 a.m. to address the pending motions for attorney fees and for entry of judgment to which no responses have been filed. Additionally, the parties shall be prepared to address the Trial date and related dates and deadlines. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of May, 2019.

                                                    William M. McCool
                                                    Clerk

                                                    s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1