UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMARTEK21, LLC,

        Plaintiff,

v.

VISIKARD, INC, et al.,

        Defendants.

C17-1798 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    A telephonic conference is SET for May 30, 2019, at 1:30 p.m. to address the status of the case. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830. If the matter settles before the scheduled conference, counsel are DIRECTED to call chambers and the conference call will be cancelled.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1