# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SMARTEK21, LLC, a Washington limited liability company,

    Plaintiff,

v.

VISIKARD, INC., a Delaware corporation, and KENNETH LIPSCOMB, an individual.

    Defendants.

NO.: 2:17-cv-01798-TSZ

**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE AND ENTER JUDGMENT BY CONFESSION**

**Findings of Fact & Conclusions of Law**

1. On June 21, 2019, the parties entered into a Settlement Agreement setting forth a payment schedule for the agreed-upon settlement amount.

2. Contemporaneously, the Defendants executed a Confession of Judgment in the amount of $200,000.00.

3. The Settlement Agreement provides that if the Defendants default on the settlement payments, SmarTek21 shall reopen this litigation and enter the Confession of Judgment.

4. Defendants have defaulted on the settlement payments and have made no payments toward the settlement amount.

5. Plaintiff filed a motion to reopen this case (docket no. 87) within 90 days of the May 30, 2019 Order of Dismissal (docket no. 86).

ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE AND ENTER JUDGMENT BY CONFESSION
*SmarTek21 v. VisiKard* - 1

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

6. Reopening this case is warranted.

7. Entry of judgment by confession is warranted in the amount of $200,000.00.

8. Defendants are jointly and severally liable for the Confession of Judgment, a copy of which is attached hereto.

9. There is no just reason to delay entering final judgment in this case.

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion to Reopen Case and Enter Judgment By Confession is GRANTED:

A. This lawsuit is reopened.

B. Pursuant to the attached Confession of Judgment, the Clerk is directed to enter final judgment in favor of SmarTek21 and against Defendant VisiKard, Inc. and Defendant Kenneth Lipscomb, jointly and severally, in the amount of $200,000.00. The Judgment shall be subject to 12% per annum post-judgment interest.

DATED this 17th day of September, 2019.

Thomas S. Zilly
United States District Judge

Presented By:
MDK Law

*/s/ Mark D. Kimball*

MARK D. KIMBALL, WSBA # 13146
DENNIS R. KASIMOV, WSBA # 51303
MDK Law
777 108th Ave NE, Suite 2000
Bellevue, WA 98004
Telephone: (425) 455-9610
E-mail: mkimball@mdklaw.com
E-mail: dkasimov@mdklaw.com
Attorneys for Plaintiffs

ORDER GRANTING PLAINTIFF'S MOTION
TO REOPEN CASE AND ENTER JUDGMENT
BY CONFESSION
*SmarTek21 v. VisiKard* - 2

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610