```
                    ENTERED
         FILED     RECEIVED
         LODGED
         OCT 23 2023  JC
              AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
  BY                            DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SMARTEK21, LLC | Case No. 2:17-cv-01798-TSZ |
| Plaintiff, | FULL SATISFACTION OF JUDGMENT |
| v. | |
| VISIKARD, INC, a Delaware Corporation, and KENNETH LIPSCOMB, an individual, | **(CLERK'S ACTION REQUIRED)** |
| Defendants, | |

This Court entered a Judgment ("Judgment") on September 17, 2019, against Defendants and Judgment Debtors Visikard, Inc and Kenneth Lipscomb. At that time, the total judgment summary was $200,000.00. The creditor, SmarTek21 LLC ("Creditor"), hereby acknowledges receipt of full payment and accepts the payment made as full satisfaction of the judgment. Creditor hereby authorizes the Clerk of the Court to enter a FULL SATISFACTION OF JUDGMENT against Debtor's Visikard, Inc and Kenneth Lipscomb.

FULL SATISFACTION OF JUDGMENT
PAGE 1

SMYTHE & JONES, PLLC
14205 SE 36th Street, Suite 100
BELLEVUE, WA 98806
(425) 436 - 5777

1   DATED this ___ day of October 2023.

2                                                       SMYTH & MASON, PLLC

3                                                       /s/ Jeff Smyth

4                                                       JEFF SMYTH, WSBA #6291
                                                        Attorney for SmarTek21, LLC
5                                                       2025 First Ave. Suite 1140
                                                        Seattle, WA 98121
6                                                       Telephone: 206-621-7100
                                                        Email jeff@smythlaw.com
7

8   STATE OF WASHINGTON  )
9                        ) ss.
    COUNTY OF KING       )
10
         I certify that I know or have satisfactory evidence that Jeff Smyth is the person who
11  appeared before me, and said person acknowledged that he signed this instrument, on oath
    stated that he was authorized to execute the instrument and acknowledged it as the attorney for
12  SmarTek21, LLC, be the free and voluntary act of such party for the uses and purposes
    mentioned in the instrument.
13
         DATED this 20th day of October 2023.
14

15                                                      /s/ Shaunta Knibb

16                                                      Notary Name: Shaunta Knibb
                                                        Notary Public in and for the State of Washington
17                                                      Residing at Seattle, Washington
                                                        My appointment expires: 11/02/2025
18

19

20

21

22

23

24

FULL SATISFACTION OF JUDGMENT                           SMYTHE & JONES, PLLC
PAGE 2                                                  14205 SE 36th Street, Suite 100
                                                        BELLEVUE, WA 98806
                                                        (425) 436 - 5777